JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SKYE DAVIS  (NYBN 3994076)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3771
   Fax: (510) 637-3724
   E-Mail: skye.davis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>v.   )<br>   )<br>JAYSON DAWSON,   )<br>   )<br>   )<br>Defendant.   )<br>   )<br>_____   ) | No. CR 10-00040-PJH<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 27, 2010 TO MAY 19, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |

### I.  BRIEFING SCHEDULE

On April 27, 2010, and at the parties' request, the Court set a briefing schedule for a possible defense motion to suppress as follows: Dawson will file any Motion to Suppress by May 19, 2010; the Government's opposition is due June 2, 2010; Dawson's reply is due by May 9, 2010; and the hearing on the motion to suppress is set for June 23, 2010 at 1:30 p.m. before Judge Hamilton.  This Court set a status hearing in magistrate court for July 12, 2010 at 10 a.m.

### II.  SPEEDY TRIAL ACT

With the agreement of the parties in open court on April 27, 2010, the Court excluded time under the Speedy Trial Act from April 27, 2010, to May 19, 2010, to enable the defense to

1  continue to review discovery and to evaluate whether there is a viable motion to suppress.  More
2  specifically, the Court found that an exclusion of time until May 19, 2010, was appropriate for
3  effective preparation of defense counsel in the evaluation and preparation of motions.  The Court
4  found that (A) failure to grant the requested continuance would unreasonably deny defense
5  counsel the reasonable time necessary for effective preparation, taking into account the exercise
6  of due diligence, and (B) the ends of justice served by excluding time outweigh the best interests
7  of the public and the defendant in a speedy trial.  See 18 U.S.C. §§ 3161(h)(7)(A) and (B).

   IT IS SO ORDERED.

   DATED:   4/27/2010                              _____
                                                   HON. DONNA M. RYU
                                                   United States Magistrate Judge

[*United States* v. *Dawson*, CR 10-00040 PJH]
[Stipulation and Order Excluding Time]