1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  SKYE DAVIS (NYBN 3994076)
   Special Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3771
      Fax: (510) 637-3724
7     E-Mail: skye.davis@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,          )   No. CR-10-00040 PJH
13                                    )
          Plaintiff,                  )
14                                    )   NOTICE OF DISMISSAL
       v.                             )
15                                    )
   JAYSON DAWSON,                     )
16      a/k/a Jason Antjuane Dawson,  )
        a/k/a Jason Dawson,           )
17      a/k/a Jayson Antjuane Dawson, )
        a/k/a Jason A. Dawson,        )
18      a/k/a Jayson A. Dawson,       )
        a/k/a Juane Howard,           )
19                                    )
          Defendant.                  )
20                                    )
                                      )
21

22     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

23 United States Attorney for the Northern District of California dismisses the above indictment

   //
24
   //
25
   //
26
   //
27

28

   NOTICE OF DISMISSAL (CR-10-00040 PJH)

without prejudice.

DATED: August 10, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MAUREEN BESSETTE
Chief, Oakland Branch

Leave is granted to the government to dismiss the indictment.

Date: 8/11/10

_____
PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2